FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUN 28 2012

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MONIQUE THOMAS,

          Plaintiff,

- against -

BABIES "R" US and/or TOYS "R" US,

          Defendant(s).

----------------------------------------------------------X

**JUDGMENT**
CV-10-1089 (WDW)

A Memorandum and Order of Honorable William D. Wall, United States Magistrate Judge, having been filed on June 28, 2012, granting defendant's motion for summary judgment in its entirety, dismissing plaintiff's claims, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendant; that defendant's motion for summary judgment is granted in its entirety; that plaintiff's claims are dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
       June 28, 2012

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                              By:   /s/ Catherine Vukovich
                                    Deputy Clerk